

May 5, 2022

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 1120

By Electronic Filing.

   Re: Case No. 21-cv-7166 (RPK) (CLP), <u>Heckard v City of New York, et al</u>.

Dear Judge Pollak:

  I am co-counsel for Plaintiffs in the above-captioned matter. I write to request clarification of what appears to be a typo in the Court's Minute Entry for the Initial Conference. I spoke to opposing counsel and we both share the same understanding.

  The Court's Order states the "Parties [are] to exchange document requests and interrogatories by 5/9/2022" with "responses [due] 5/10/2022." Both Ms. Shapovalova and I believe the responses were intended to be due *6*/10/2022 (and our notes reflect the same). Given that this is a Court Order, even if the intended meaning seems obvious, I want to seek clarification rather than assuming and disobeying the letter of an Order. So, I would ask that the Court clarify that the "5" in the response deadline is a typo — and the intended deadline was 6/10.

  Thank you for your attention to this matter.

                Respectfully submitted,

                /s/
                _____
                J. Remy Green
                 *Honorific/Pronouns: Mx., they/their/them*
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Plaintiff*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by ECF.