# COHEN & GREEN

October 25, 2022

Hon. Cheryl L. Pollak, Chief Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

Re:     Heckard v. City of New York, 21-cv-7166 (RPK)(CLP)

Dear Judge Pollak:

I am co-counsel for Plaintiff in this case. I write — jointly with Defendants — to ask that the Court formally refer this case to the mediation program and for a fee waiver for that referral.

In the last few weeks, our firm and the Law Department have discussed setting up a process for mediating a raft of cases in this District arising out of the Summer 2020 protests. That process is running through the Court's mediation office (with the assistance of Robyn Weinstein), and those involved on the Court side have let me know that process has reached the stage where the parties should formally ask for referral — and also ask, at the City's request, that the associated mediation fees be waived.

We are hopeful the mediation will be productive and will help the parties and the Court alike avoid unnecessary litigation. Additionally, in light of that process, the parties jointly ask for a two-month adjournment of the October 28th deposition deadline up to and including December 28th, and a corresponding adjournment of the October 28th status conference to a date and time that is convenient for the Court.

As always, we all thank the Court for its attention to this matter.

*The case is referred to Mediation and fees are waived.*
*So Ordered*
/s/ Cheryl L. Pollak
USMJ
10/26/22

Respectfully submitted,

/s/
_____
Jessica Massimi
*Pronouns: she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com