

December 9, 2022

Hon. Cheryl L. Pollak
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>Heckard v. City of New York</u>, 21-cv-7166 (RPK)(CLP)

Dear Judge Pollak:

    I am co-counsel for Plaintiff in this matter.  I write on behalf of all parties in response to the October 27, 2022 Order directing the parties to inform the Court of the mediator selection. Judge Francis has agreed to mediate this matter remotely on January 18, 2023

    The parties thank the Court for its time and consideration.

                                Respectfully submitted,

                                /s/
                              _____

                              Jessica Massimi
                                 *Pronouns: She/Her*
                              **COHEN&GREEN P.L.L.C.**
                              *Attorneys for Plaintiff*
                              1639 Centre St., Suite 216
                              Ridgewood, New York 11385

cc:
All relevant parties by ECF.