

February 9, 2023

Hon. Cheryl L. Pollak
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>Heckard v. City of New York</u>, 21-cv-7166 (RPK)(CLP)

Dear Judge Pollak:

    I am co-counsel for Plaintiff in this matter. I write on behalf of all parties in response to the Order directing the parties to file a status report by tomorrow. The parties have agreed to settle this matter and the City provided Plaintiff with revised settlement documents today. As such, the parties respectfully request that the Court adjourn all pending dates *sine die* and issue an Order directing the parties to file the Stipulation and Order of Dismissal within 30 days.

    The parties thank the Court for its time.

                                        Respectfully submitted,

                                        /s/
                                  _____
                                  Jessica Massimi
                                      *Pronouns: She/Her*
                                  **COHEN&GREEN P.L.L.C.**
                                  *Attorneys for Plaintiff*
                                  1639 Centre St., Suite 216
                                  Ridgewood, New York 11385

cc:
All relevant parties by ECF.