

March 8, 2023

Hon. Cheryl L. Pollak
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>**Heckard v. City of New York**</u>**, 21-cv-7166 (RPK)(CLP)**

Dear Judge Pollak:

    I am co-counsel for Plaintiff in this matter. I write to request an extension of time to file the stipulation of dismissal from March 10, 2023, up to and including April 14, 2023. The reason for this request is that Plaintiff is unavailable to sign the settlement releases until the end of March. Defendants consent to this request, and this is the first such request.

    The parties thank the Court for its time.

    Respectfully submitted,

    /s/
    _____
    Jessica Massimi
      *Pronouns: She/Her*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.