UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MEGAN HECKARD,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NEW YORK CITY POLICE DEPARTMENT ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; and NYPD
MEMBERS JOHN AND JANE DOES 1-3,

                                        Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21-cv-0716 (RPK) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

        **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
    April 10, 2023

| | |
|---|---|
| COHEN & GREEN P.L.L.C.<br>*Attorneys for Plaintiff*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>929.888.9650<br><br>By: _____<br>    Elena L. Cohen<br>    *Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *De Blasio, Shea, and Monahan*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Inna Shapovalova<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023